IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.	CRIMINAL ACTION NO. 5:06cr18DCBJCS

ROBERT C. ARLEDGE	DEFENDANT

## ORDER

    Before the Court was a motion of the Defendant, Robert C. Arledge, to continue the referenced case.  By Order of August 2, 2006, the motion was granted and the trial was continued until February 6, 2007.  The Court, after the granting of said motion, has discovered that because of the closing of the federal courthouse in Vicksburg, Mississippi, and the uncertainty of the availability of the courthouse in Natchez, Mississippi, the referenced case is likely to be tried in Jackson, Mississippi, in the Jackson Division.  In the event the parties wish to proceed with the trial as originally scheduled, you should contact the Court within the next five (5) days.

    SO ORDERED on this the 22nd day of August, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE