IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                     CRIMINAL NO.  5:06cr18DCBJCS

ROBERT C. ARLEDGE

O R D E R

      The above case has been set for TRIAL on March 12, 2007 at 9:00 a.m. at the James O. Eastland Courthouse, Jackson,  Mississippi, U.S. District Judge David C. Bramlette, III, presiding. If the defendant hereafter desires to change his plea to guilty, the Court shall be advised, in writing, no later  3-1-07 . All pleas after  3-1-07 , shall be open, unless the Court for good cause grants an extension.  No extension will be made except for meritorious good cause.  If any extensions are granted, they must be requested prior to   3-1-07       .

      Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be submitted to the Court at the 115 South Wall, Natchez, Mississippi 39120, and copies to opposing counsel by March 7, 2007 at the latest:

      1)      INSTRUCTIONS - The Court is to be furnished with two copies and opposing counsel with one copy.  These Instructions must be numbered, separated, bear the style and number of the case and list authorities in support thereof at the bottom of each instruction.

      2)      EXHIBIT LIST - The Court is to be furnished with original and three copies, and opposing counsel with one copy.  The exhibit list must reflect the style and number of case, exhibit number and description.  Leave Sponsor and ID or Evidence columns blank.  Double space between exhibits.  See attached exhibit list.

      3)      WITNESS LIST - The Court is to be furnished Original and three copies of witness list, and opposing counsel with one copy.

      ORDERED this the   29th  day of January, 2007

                                                                          s/ David Bramlette
                                                                  UNITED STATES DISTRICT JUDGE