IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 5:06CR18 DCB-JCS

ROBERT C. ARLEDGE

### ORDER

This matter came on for hearing on defendant's request for pretrial return of subpoenas duces tecum pursuant to Federal Rule of Criminal Procedure 17©. One of the subpoenas was served upon Mr. Frank Parker, who appeared before the Court and made the Court aware of several protective orders issued by the Middle District of Alabama and the Northern, Middle, and Southern District of Alabama Bankruptcy Courts, which would preclude him from complying with the subpoena absent an order from this Court.

Based upon the submission of Mr. Parker, and in the absence of any objection by the government or the defendant, it is ORDERED that Mr. Frank Parker produce the documents called for by the subpoena duces tecum. This order does not pertain to any materials that would be considered attorney/client privileged that are contained in those files, the same not being called for under the subpoena by agreement of the defendant.

The production of these documents is governed by the Discovery Order previously issued in this case, which restricts the use of those documents outside of their use in this proceeding.

Jackson, Mississippi this 6th day of February, 2007.

                                         _____
                                                     JUDGE
                                         UNITED STATES DISTRICT COURT