

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS                                           CRIMINAL ACTION NO. 5:06cr18DCB-JCS

ROBERT C. ARLEDGE                                    DEFENDANT

## ORDER OF BIFURCATION

THIS CAUSE having come before the Court on the Motion of the United States to Bifurcate Guilt and Forfeiture Issues at Trial and the Court being of the opinion that said motion is well taken,

IT IS HEREBY ORDERED that the trial of this matter shall be bifurcated as to issues of guilt and forfeiture alleged in the indictment; and

IT IS HEREBY FURTHER ORDERED that the United States shall prepare a redacted version of the indictment, deleting the forfeiture count from the indictment to be considered by the trial jury during their considerations of guilt or innocence of the defendant on the charges alleged in Counts One through Thirty-Four of the indictment.

SO ORDERED this the 20th day of March, 2007.

                                                           _/s/ David Bramlette_
                                                           UNITED STATES DISTRICT JUDGE