## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                                                  **Criminal No. 5:06cr18DC B-JCS**

**ROBERT C. ARLEDGE**

## ORDER AND JUDGMENT

As to all of the money laundering counts being counts 9  through 34, the

Defense, at the close of the Government's case, made a Rule 29 motion which was

taken under advisement. The motion was timely renewed after both sides rested

and, again, the motion was taken under advisement.

Inasmuch as the jury found the defendant, Robert C. Arledge guilty as to

Counts 1, 2-5, 6 and 7 and not guilty as to the counts in question, the motion by

the defense is now moot. On all other counts except for those set forth above, the

Rule 29 motion was overruled. Moreover, a judgment of guilt was entered by the

Court in accordance with the verdict of the jury, and a written judgment of guilt is

hereby entered in this cause as to Counts 1, 2-5, 6 and 7. Also, at the time the

judgment was entered, the court announced that sentencing would be held on the

6th day of August, 2007.  Exercising its discretion in the matter, the Court is

moving the sentencing date from the date set forth above to the 19th day of June,

2007, at 10:30 a.m. in the Jackson Division.

      So ordered this the ___16[th]__ day of April, 2007.

                    ___s/ David Bramlette_____
                    United States District Judge