IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                        CRIMINAL NO. 5:06cr18DCBJCS

ROBERT C. ARLEDGE

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 12, 14, 19, 20, 21, 23, 24, 30, 32 and 33 of the Indictment against ROBERT C. ARLEDGE, with prejudice.

                                         DUNN LAMPTON
                                         United States Attorney

                       By:    /s *Harold H. Brittain*
                              HAROLD H. BRITTAIN
                              Assistant U.S. Attorney
                              MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal with prejudice.

ORDERED this __12th__ day of April, 2007.

                                  s/ David Bramlette
                                  UNITED STATES DISTRICT JUDGE