# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                                              **Criminal No. 5:06cr18DC B-JCS**

**ROBERT ARLEDGE**

## ORDER

CONSIDERING THE ABOVE AND FOREGOING, it is ORDERED that the sealed transcript of the closed hearing held on March 20, 2007 be provided to counsel for the defendant for use in preparation of defendant's appeal, and that counsel are not to publicly disclose the contents of this portion of the transcript other than as may be directed by this Court or the appellate court.  It is further ordered that the court reporter prepare the transcript of the closed hearing upon defendant's making the proper arrangements.

Jackson, Mississippi this   31st   day of May, 2007.

                                          s/ David Bramlette
                                              JUDGE
                             UNITED STATES DISTRICT COURT