```
                  UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL ACTION NO. 5:06cr18-DCB-JCS

ROBERT C. ARLEDGE                                              DEFENDANT

## ORDER

By agreement of the parties, all matters currently pending before the Court are hereby continued until 10:15 a.m. on January 17, 2008.

**SO ORDERED,** this the  10th  day of December 2007.

                                    s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**