IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

     v.                                                            CRIMINAL NO.
                                                                   5:06cr18DCB-JCS-001

ROBERT C. ARLEDGE

## ORDER

At the request of the defendant Robert C. Arledge, the restitution hearing previously scheduled for December 12, 2007 has been adjourned to January 17, 2008.

IT IS HEREBY ORDERED that the restitution hearing will be adjourned to January 17, 2008.

SO ORDERED, this the   14 th   day of December  2007.


                                                                  s/ David Bramlette
                                                 U.S. DISTRICT COURT JUDGE