**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION**

UNITED STATES OF AMERICA

VERSUS                         CRIMINAL ACTION NO. 5:06cr18-DCB-JCS

ROBERT C. ARLEDGE                                      DEFENDANT

### ORDER

This matter comes before the Court on the defendant's ore tenus Motion to Adjourn Surrender Date made at the January 17, 2008, hearing on the restitution and bail pending appeal issues. The defendant is currently scheduled to report to the designated Bureau of Prisons facility by no later than 12:00 noon on January 29, 2008.  Based upon the memorandum of authorities submitted by the defendant in support of said Motion, and being otherwise fully advised in the premises, the Court finds the defendant's Motion to be well-taken.  Accordingly,

**IT IS HEREBY ORDERED** that the defendant's ore tenus Motion to Adjourn Surrender Date is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendant shall report to the facility designated by the Bureau of Prisons by no later than 12:00 noon on February 15, 2008.

**SO ORDERED,** this the 24th day of January 2008.

                                    s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**